IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ASHLEY J. QUARLES,**

       **Plaintiff,**

**v.**                                             Civil Action No. 3:24-cv-00036

**DOMINION ENERGY, INC.,**

       **Defendant.**

## ORDER

This matter comes before the Court *sua sponte*. On January 17, 2024, Defendant Dominion Energy, Inc. ("Dominion Energy") filed a Notice of Removal (the "Notice") removing this case from the General District Court for the City of Richmond, Virginia to this Court. (ECF No. 1, at 1.) Dominion Energy attached as Exhibit A to the Notice *pro se* Plaintiff Ashley J. Quarles' Complaint. (ECF No. 1-2.) On January 19, 2024, Dominion Energy filed a Rule 12(e) Motion for More Definite Statement. (ECF No. 3.)

The Court has reviewed Ms. Quarles' Complaint. (ECF No. 1-2.) The Complaint offends Federal Rule of Civil Procedure 8, which requires a short and plain statement of this Court's jurisdiction and Ms. Quarles' claims for relief. It is ORDERED that, no later than February 29, 2024, Ms. Quarles SHALL file an Amended Complaint which outlines in simple and straightforward terms why she thinks she is entitled to relief and why the Court has jurisdiction over her case. *See* Fed. R. Civ. P. 8(a)(1) and (2).

The Amended Complaint SHALL COMPLY with the following directions:

1. At the very top of the amended pleading, Ms. Quarles must place the following caption in all capital letters: "AMENDED COMPLAINT FOR CIVIL ACTION NUMBER: 3:24cv36."

2. The first paragraph of the particularized amended complaint must contain a list of defendant(s). Thereafter, in the body of the particularized amended complaint, Ms. Quarles must set forth legibly, in separately numbered paragraphs, a short statement of the facts giving rise to his claims for relief. Thereafter, in separately captioned sections, Ms. Quarles must clearly identify each federal or state law allegedly violated. Under each section, Ms. Quarles must list each defendant purportedly liable under that legal theory and explain why she believes each defendant is liable to her. Such explanation should reference the specific numbered factual paragraphs in the body of the particularized amended complaint that support that assertion.

3. Ms. Quarles shall also include the relief she requests – what in the law is called a "prayer for relief."

4. The particularized amended complaint must stand or fall on its own accord. Ms. Quarles may not reference statements in the prior complaints.

5. The particularized amended complaint must omit any unnecessary incorporation of factual allegations for particular claims and any claim against any defendant that is not well-grounded in the law and fact. *See Sewraz v. Guice*, No. 3:08cv035, 2008 WL 3926443, at *2 (E.D. Va. Aug. 26, 2008).

Ms. Quarles is ADVISED that the failure to strictly comply with the Court's directives and with applicable rules will result in DISMISSAL OF THIS ACTION WITHOUT PREJUDICE for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Furthermore, upon due consideration of the Complaint and the record before the Court, the Court concludes that Ms. Quarles is proceeding *pro se* but has not submitted a written certification pursuant to Local Civil Rule 83.1(N)(2). Local Civil Rule 83.1(N)(2) provides:

> All litigants who are proceeding *pro se* shall certify in writing and under penalty of perjury that his or her pleadings or other filings have not been prepared by, or with the aid of, an attorney or shall identify any attorney who has prepared, or assisted in preparing, the document.

Eastern District of Virginia Local Civil Rule 83.1(N).

Ms. Quarles is ADVISED that as long as she continues to proceed *pro se* in this matter, she must provide an accompanying certification for all future filings in this case.

Dominion Energy's Motion for More Definite Statement, (ECF No. 3), is DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of a Ghostwriting Form to Ms. Quarles' address of record along with this Order.

It is SO ORDERED.

Date: 1/31/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge